UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLEVELAND J. PARKER #455655**         **CIVIL ACTION**

versus                                  **NO. 08-3229**

**STATE OF LOUISIANA**                  **SECTION: "N" (1)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Cleveland J. Parker** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of May, 2009.

UNITED STATES DISTRICT JUDGE